PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
6605 South Las Vegas Blvd., Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888

*Attorney for Plaintiff*

**PAUL PADDA LAW, PLLC**
**6605 South Las Vegas Boulevard, Suite 203**
**Las Vegas, Nevada 89119**
**Tele: (702) 366-1888 • Fax (702) 366-1940**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO MARTINEZ (an individual),<br><br>Plaintiff,<br><br>vs.<br><br>RENEWAL BY ANDERSEN, LLC (a foreign limited liability company); GREATER NEVADA WINDOWS AND DOORS LLC, d/b/a RENEWAL BY ANDERSON OF GREATER NEVADA (a foreign limited liability company); DOES I through XX, inclusive; ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02309-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Rodolfo Martinez (“Plaintiff”), Defendant Renewal by Andersen, LLC (“RBA”), and Defendant Greater Nevada Windows and Doors, LLC (“GNWD”) (collectively, the “Parties”), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline to file their joint discovery plan and scheduling order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, as follows:

1. The Parties request that the current deadline of Saturday, November 21st, 2026 to file the joint discovery plan and scheduling order be extended through December 3rd, 2026.

2. Good cause exists for the requested extension due to counsel’s need for additional time to complete the Rule 26(f) conference, coordinate among the three parties, and finalize the

PAUL PADDA LAW, PLLC
6605 South Las Vegas Boulevard, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

proposed discovery deadlines. Additionally, Mr. Padda and his trial team have been engaged in an ongoing trial for the past two weeks, which has limited their availability to confer with opposing counsel and finalize the proposed Discovery Plan and Scheduling Order. Accordingly, the requested extension is made in good faith and not for purposes of delay.

3. The rule 26(f) conference is expected to take place on December 1st, 2026.

4. This is the first request to extend this deadline.

5. This stipulation concerns only the deadline to file the joint discovery plan and scheduling order. No other deadlines are modified by this stipulation unless separately ordered by the Court.

6. The Parties submit this request in good faith and not for purposes of delay.

DATED: November 24, 2026.

Respectfully submitted,

/s/ Paul S. Padda

____________________________
Diane J. Zelmer, Esq. (Pro Hac Vice forthcoming)
BERENSON LLP
1242 SW Pine Island Road, Suite 42-414
Cape Coral, FL 33991
Tele: (561) 429-4496
Attorney for Defendant Renewal By Andersen, LLC

____________________________
Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
6605 South Las Vegas Blvd., #203
Las Vegas, Nevada 89119
Tele: (702) 366-1888
Attorney for Plaintiff

*/s/ Arthur A. Zorio*

____________________________
Arthur A. Zorio
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: azorio@bhfs.com
Attorneys for Defendant, Renewal By Andersen, LLC

. . .

. . .

. . .

PAUL PADDA LAW, PLLC
6605 South Las Vegas Boulevard, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

*/s/ Marcus Lee*

______________________________

MARCUS J. LEE (Nevada Bar No. 15769)
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801 Attorneys for
E: MLee@ohaganmeyer.com
Defendant Greater Nevada Windows and
Doors LLC, d/b/a Renewal by Anderson
of Greater Nevada

**ORDER**

Upon consideration of the Parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that the deadline to file the joint discovery plan and scheduling order is extended to December 3, 2026. All other deadlines remain unchanged unless otherwise ordered.

IT IS SO ORDERED.

DATED: November 25, 2026

______________________________

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

## Elia Lopez

**From:** Marcus Lee <mlee@ohaganmeyer.com>
**Sent:** Tuesday, November 24, 2026 5:13 PM
**To:** Elia Lopez; Zorio, Arthur A.; djz@berensonllp.com; hcc@berensonllp.com
**Cc:** Terry Wike; Paul Padda; Kara Jenkins; Courtney Fulmer
**Subject:** Re: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

Yes

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Elia Lopez <Elia@paulpaddalaw.com>
**Sent:** Tuesday, 24 November 2026 17:08:29
**To:** Marcus Lee <mlee@ohaganmeyer.com>; Zorio, Arthur A. <AZorio@BHFS.com>; djz@berensonllp.com <djz@berensonllp.com>; hcc@berensonllp.com <hcc@berensonllp.com>
**Cc:** Terry Wike <TWike@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; Kara Jenkins <kjenkins@paulpaddalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>
**Subject:** [EXTERNAL] RE: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

Counsel,
I have made those changes. May I affix your e-signatures?

My best,
Elia

---

**From:** Marcus Lee <mlee@ohaganmeyer.com>
**Sent:** Tuesday, November 24, 2026 2:35 PM
**To:** Elia Lopez <Elia@paulpaddalaw.com>; Zorio, Arthur A. <AZorio@BHFS.com>; djz@berensonllp.com; hcc@berensonllp.com
**Cc:** Terry Wike <TWike@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; Kara Jenkins <kjenkins@paulpaddalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>
**Subject:** Re: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

If we don't hear back from Arthur, that would probably be safest.

**Marcus J. Lee**

**O'Hagan Meyer LLP**

**Las Vegas Office Managing Partner**

**SF: One Embarcadero Center | Suite 2100 | San Francisco | CA 94111**

**LV: 300 S 4th Street | Suite 1250 | Las Vegas | NV 89101**
**C: 510.882.4680**

**Elia Lopez**

**From:** Zorio, Arthur A. <AZorio@BHFS.com>
**Sent:** Tuesday, November 24, 2026 5:15 PM
**To:** Elia Lopez; Marcus Lee; djz@berensonllp.com; hcc@berensonllp.com
**Cc:** Terry Wike; Paul Padda; Kara Jenkins; Courtney Fulmer
**Subject:** RE: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

Add the following under the title of the document in accord with LR IA 6-1(a) ("...Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension....."):

(FIRST REQUEST)

Then you have my permission to use my electronic signature: /s/ Arthur A. Zorio

***Arthur A. Zorio***
**Brownstein Hyatt Farber Schreck, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.398.3812 tel
azorio@bhfs.com

***Brownstein - we're all in.***

---

**From:** Elia Lopez <Elia@paulpaddalaw.com>
**Sent:** Tuesday, November 24, 2026 5:08 PM
**To:** Marcus Lee <mlee@ohaganmeyer.com>; Zorio, Arthur A. <AZorio@BHFS.com>; djz@berensonllp.com; hcc@berensonllp.com
**Cc:** Terry Wike <TWike@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; Kara Jenkins <kjenkins@paulpaddalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>
**Subject:** RE: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

Counsel,
I have made those changes. May I affix your e-signatures?

My best,
Elia

---

**From:** Marcus Lee <mlee@ohaganmeyer.com>
**Sent:** Tuesday, November 24, 2026 2:35 PM
**To:** Elia Lopez <Elia@paulpaddalaw.com>; Zorio, Arthur A. <AZorio@BHFS.com>; djz@berensonllp.com; hcc@berensonllp.com
**Cc:** Terry Wike <TWike@paulpaddalaw.com>; Paul Padda <psp@paulpaddalaw.com>; Kara Jenkins <kjenkins@paulpaddalaw.com>; Courtney Fulmer <cfulmer@ohaganmeyer.com>
**Subject:** Re: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

If we don't hear back from Arthur, that would probably be safest.

**Elia Lopez**

**From:** Diane Zelmer <djz@berensonllp.com>
**Sent:** Monday, November 23, 2026 12:53 PM
**To:** Elia Lopez
**Subject:** Automatic reply: 2:26-cv-02309-GMN-MDC; Rodolfo Martinez v. Renewal By Anderson,

I am engaged out of the office for the holiday week, and will return Monday, November 30, 2026. If you require immediate assistance, please email my assistant hcc@berensonllp.com.